FILED

DEC

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA R. TRIPP<br>Plaintiff,<br>v.<br>DEPARTMENT OF DEFENSE,<br>Defendant. | Civil Action No. 99-2554 (EGS) |
| LINDA R. TRIPP,<br>Plaintiff,<br>v.<br>DEPARTMENT OF DEFENSE, *et al.*,<br>Defendants. | Civil Action No. 01-157 (EGS) file |
| LINDA R. TRIPP<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 01-506 (EGS) |

**ORDER**

It is by the Court, *sua sponte*, hereby

**ORDERED** that the hearing on pending motions currently

(N/

59

scheduled in these cases for January 7, 2003 at 10:00 a.m. in Courtroom One before the undersigned judge is hereby **CANCELLED.** The hearing will be rescheduled at a later date.

12/30/02
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Notice to:

David K. Colapinto
Stephen M. Kohn
Kohn, Kohn & Colapinto, P.C.
3233 P Street, N.W.
Washington, D.C. 20007-2756

Elizabeth J. Shapiro
Carol Federighi
Vesper Mei
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044

Andrea Gacki, Esquire
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20044

Elaine Marzeta Lacy, Esquire
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Room 8096 North
National Place Building
1331 Pennsylvania Ave., NW
Washington, DC 20004