FILED

DEC 3 .

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA R. TRIPP

Plaintiff,

v.

DEPARTMENT OF DEFENSE,

Defendant.

Civil Action No. 99-2554 (EGS)

LINDA R. TRIPP,

Plaintiff,

v.

DEPARTMENT OF DEFENSE, *et al.*,

Defendants.

Civil Action No. 01-157 (EGS) — file

LINDA R. TRIPP

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 01-506 (EGS)

ORDER

With the consent of the parties, the Court hereby assigns these cases to the Honorable Joyce Hens Green for settlement discussions only.

(w/

60

In each case, the parties shall prepare and file with the Court and hand serve on all counsel, **by no later than January 10th at 12:00 p.m.**, a pleading of not more than two pages in length setting forth the party's view of the essence of each case. Counsel shall not assign any monetary value to any view.

Settlement discussions will occur on **February 11, 2003** at **9:30 a.m.** in the United States District Court for the District of Columbia, in a conference room to be determined. Principals with settlement authority must be immediately available to counsel and the Court.

Counsel shall not attempt to contact Judge Green and shall channel any requests, etc. to Judge Green through the undersigned Judge.

12/30/02
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Notice to:

The Honorable Joyce Hens Green

David K. Colapinto
Stephen M. Kohn
Kohn, Kohn & Colapinto, P.C.
3233 P Street, N.W.
Washington, D.C. 20007-2756

Elizabeth J. Shapiro
Carol Federighi
Vesper Mei
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044

Andrea Gacki, Esquire
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20044

Elaine Marzeta Lacy, Esquire
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Room 8096 North
National Place Building
1331 Pennsylvania Ave., NW
Washington, DC 20004