UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA R. TRIPP,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>        Defendant. | Civil Action No. 99-2554<br>(EGS)<br><br>**FILED**<br>AUG 1 2 2003<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| LINDA R. TRIPP,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br>et al.,<br><br>        Defendants. | Civil Action No. 01-157<br>(EGS) |
| LINDA R. TRIPP<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Action No. 01-506<br>(EGS) |

ORDER

Pursuant to the status hearing held on August 11, 2003, and with the consent of counsel for the parties, it is by the Court, hereby

**ORDERED** that the above-captioned cases are referred to the mediators previously assigned by the Alternative Dispute Resolution Program of the United States Courts for the District of Columbia Circuit; and it is

**FURTHER ORDERED** that a status hearing is scheduled in all these cases for **October 28, 2003** at **10:00 a.m.** in Courtroom One.

8/11/03
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Notice to:

David K. Colapinto, Esquire
Stephen M. Kohn, Esquire
Kohn, Kohn & Colapinto, P.C.
3233 P Street, N.W.
Washington, D.C.  20007-2756

Vesper Mei, Esquire
Elizabeth J. Shapiro, Esquire
Carol Federighi, Esquire
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C.  20044

Andrea Gacki, Esquire
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20044

Elaine Marzeta Lacy, Esquire
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Room 8096 North
National Place Building
1331 Pennsylvania Ave., NW
Washington, DC 20004